# <u>EXHIBIT A</u>

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Veolia es Technical Solutions | 11/30/2022 | Wire | $ 43,965.92 |
| Akorn Operating Company, LLC | Veolia es Technical Solutions | 1/6/2023 | Wire | $ 388,058.98 |
| Akorn Operating Company, LLC | Veolia es Technical Solutions | 1/13/2023 | Wire | $ 6,707.37 |
| Akorn Operating Company, LLC | Veolia es Technical Solutions | 1/20/2023 | Wire | $ 62,951.33 |
| Akorn Operating Company, LLC | Veolia es Technical Solutions | 1/27/2023 | Wire | $ 35,083.94 |
| Akorn Operating Company, LLC | Veolia es Technical Solutions | 2/1/2023 | Wire | $ 8,119.43 |
| Akorn Operating Company, LLC | Veolia es Technical Solutions | 2/8/2023 | Wire | $ 20,022.95 |
| Akorn Operating Company, LLC | Veolia es Technical Solutions | 2/14/2023 | Wire | $ 36,688.91 |
| | | | | $ 601,598.83 |