Case 25-50222-KBO    Doc 6-1    Filed 06/11/25    Page 1 of 3

# Exhibit 1

**List of Avoidance Actions With
Total Amount in Controversy Greater Than $75,000**

| # | Defendant Name | Adversary Proceeding No. | Preference Amount (greater than or equal to 75k) | Filed By |
|---|---|---|---|---|
| 1 | Abbott Laboratories Inc. | 25-50334 | $529,620.00 | Ciardi, Ciardi & Astin |
| 2 | AEP Energy | 25-50228 | $242,979.06 | Saul Ewing LLP |
| 3 | Aflac Premium Holding | 25-50096 | $79,106.20 | Saul Ewing LLP |
| 4 | Agilent Technologies | 25-50098 | $168,548.59 | Saul Ewing LLP |
| 5 | Amber International | 25-50253 | $115,545.44 | Saul Ewing LLP |
| 6 | Andon Brush Company, Inc. | 25-50232 | $270,900.00 | Saul Ewing LLP |
| 7 | Apexus LLC | 25-50100 | $149,782.58 | Saul Ewing LLP |
| 8 | Aptar Pharma, a Division of APTAR Group, Inc. | 25-50244 | $448,875.00 | Saul Ewing LLP |
| 9 | Aramark Cleanroom Services LLC and Aramark Uniform Services (Midwest) LLC | 25-50326 | $508,274.44 | Saul Ewing LLP |
| 10 | Ashland Specialty Ingredients GP | 25-50102 | $130,015.40 | Saul Ewing LLP |
| 11 | AT&T | 25-50183 | $87,111.45 | Ciardi, Ciardi & Astin |
| 12 | Benchmark Products LLC | 25-50235 | $335,245.02 | Saul Ewing LLP |
| 13 | Berlin Packaging LLC | 25-50258 | $743,821.10 | Saul Ewing LLP |
| 14 | Blue Mountain Quality Resources | 25-50108 | $179,030.00 | Saul Ewing LLP |
| 15 | Catalent Micron Technologies Inc. and Catalent RTP | 25-50323 | $151,503.00 | Saul Ewing LLP |
| 16 | Cedar Brook 5 Corporate Center LP | 25-50236 | $305,844.21 | Saul Ewing LLP |
| 17 | Cencoria, Inc. f/k/a Amerisourcebergen Drug Corporation | 25-50362 | $283,072.15 | Saul Ewing LLP |
| 18 | Chicago Infill Industrial Properties LP | 25-50116 | $99,843.99 | Saul Ewing LLP |
| 19 | Cintas Corporation a/k/a Cintas Garment 780, Cintas Corporation, and Cintas Corporation a/k/a Cintas Garment | 25-50327 | $104,981.06 | Saul Ewing LLP |
| 20 | Colbert Packaging Corporation | 25-50129 | $594,859.98 | Saul Ewing LLP |
| 21 | Comar LLC | 25-50246 | $197,228.89 | Saul Ewing LLP |
| 22 | Delta Dental of Illinois | 25-50130 | $221,569.34 | Saul Ewing LLP |
| 23 | Disc Graphics, Inc. d/b/a Oliver, Inc. | 25-50337 | $143,426.29 | Saul Ewing LLP |
| 24 | EMD Millipore | 25-50137 | $165,537.87 | Saul Ewing LLP |
| 25 | Empire Freight Logistics | 25-50248 | $938,580.91 | Saul Ewing LLP |
| 26 | Exela Pharma Sciences | 25-50145 | $125,008.00 | Saul Ewing LLP |
| 27 | Federal Compliance Solutions, LLC | 25-50250 | $1,239,296.28 | Saul Ewing LLP |
| 28 | Fisher Scientific Company, LLC | 25-50148 | $401,600.17 | Saul Ewing LLP |
| 29 | Flavine North America, Inc. | 25-50095 | $831,525.00 | Saul Ewing LLP |
| 30 | Freudenberg Medical, LLC | 25-50150 | $167,791.00 | Saul Ewing LLP |
| 31 | Frontier Technology, LLC | 25-50251 | $322,007.60 | Saul Ewing LLP |
| 32 | Gerresheimer Glass, Inc. | 25-50155 | $286,679.01 | Saul Ewing LLP |
| 33 | Golden State Medical Supply, Inc. | 25-50388 | $622,030.99 | Saul Ewing LLP |
| 34 | Henderson Constructors, Inc. | 25-50338 | $321,208.29 | Saul Ewing LLP |
| 35 | Holland Applied Technologies Inc. | 25-50135 | $116,484.54 | Saul Ewing LLP |
| 36 | International Molasses Corp. | 25-50256 | $258,735.75 | Saul Ewing LLP |
| 37 | Intralinks Inc. | 25-50151 | $203,720.81 | Saul Ewing LLP |
| 38 | Jackson Lewis PC | 25-50176 | $137,400.50 | Ciardi, Ciardi & Astin |
| 39 | Kuehne & Nagel Services LTD | 25-50265 | $317,855.61 | Saul Ewing LLP |
| 40 | Kerry Ingredients & Flavours | 25-50336 | $124,973.00 | Ciardi, Ciardi & Astin |
| 41 | LaSalle Network | 25-50156 | $93,601.93 | Saul Ewing LLP |
| 42 | Leadiant Biosciences, Inc. | 25-50160 | $953,406.50 | Saul Ewing LLP |
| 43 | M3 Advisory Partners LP | 25-50194 | $2,263,420.48 | Ciardi, Ciardi & Astin |
| 44 | Microage Technology Services, LLC | 25-50339 | $402,478.90 | Saul Ewing LLP |
| 45 | Mikart, LLC | 25-50101 | $653,330.37 | Saul Ewing LLP |
| 46 | Mini Graphics, Inc. | 25-50172 | $339,657.19 | Saul Ewing LLP |
| 47 | MJS Packaging | 25-50266 | $914,590.84 | Saul Ewing LLP |
| 48 | Model N, Inc. | 25-50103 | $478,900.00 | Saul Ewing LLP |
| 49 | Monarch Strategic HR Consulting and Coaching, LLC | 25-50324 | $185,213.75 | Saul Ewing LLP |
| 50 | Moody's Investor Service | 25-50173 | $81,000.00 | Saul Ewing LLP |
| 51 | MS Packaging & Supply Distribution Corp. | 25-50343 | $163,975.35 | Saul Ewing LLP |
| 52 | MSI Blue | 25-50174 | $89,416.91 | Saul Ewing LLP |
| 53 | Multi Packaging Solutions International Limited | 25-50239 | $308,564.71 | Saul Ewing LLP |
| 54 | Napp Technologies | 25-50104 | $80,400.00 | Saul Ewing LLP |
| 55 | Navisite LLC | 25-50106 | $130,600.00 | Saul Ewing LLP |
| 56 | Nipro Pharmapackaging Americas Corp. | 25-50106 | $178,034.42 | Saul Ewing LLP |
| 57 | NSF Health Sciences LLC | 25-50112 | $629,103.59 | Saul Ewing LLP |
| 58 | Package Development Company, Inc. | 25-50143 | $218,676.42 | Saul Ewing LLP |
| 59 | Pall Corporation | 25-50149 | $167,127.84 | Saul Ewing LLP |
| 60 | Patheon Pharma | 25-50152 | $211,617.54 | Saul Ewing LLP |
| 61 | Pharmaceuticals Returns Service | 25-50157 | $258,040.50 | Saul Ewing LLP |
| 62 | PharmaPorts LLC | 25-50345 | $169,650.00 | Saul Ewing LLP |
| 63 | Platinum Press, Inc. | 25-50115 | $481,564.95 | Saul Ewing LLP |
| 64 | PPD Development LP | 25-50164 | $184,963.90 | Saul Ewing LLP |
| 65 | Premier Healthcare Alliance | 25-50348 | $177,563.81 | Saul Ewing LLP |
| 66 | Pride Chemical Solutions of N.J., Inc. | 25-50268 | $328,895.94 | Saul Ewing LLP |

| | | | | |
|---|---|---|---|---|
| 67 | Primera Analytical Solutions Corp. | 25-50167 | $90,019.00 | Saul Ewing LLP |
| 68 | Propharma Group LLC | 25-50169 | $160,052.25 | Saul Ewing LLP |
| 69 | PSE&G and PSEG Long Island LLC | 25-50325 | $290,387.84 | Saul Ewing LLP |
| 70 | Qualanex, LLC | 25-50188 | $257,845.67 | Saul Ewing LLP |
| 71 | Randstad US, LLC | 25-50192 | $160,649.46 | Saul Ewing LLP |
| 72 | Reliance Standard Life Insurance d/b/a Reliance Matrix | 25-50190 | $260,829.29 | Saul Ewing LLP |
| 73 | S.G.D. SA d/b/a S.G.D. Pharma, Inc., and S.G.D North America, Inc. | 25-50328 | $342,429.34 | Saul Ewing LLP |
| 74 | SGS North America, Inc. | 25-50349 | $78,901.51 | Saul Ewing LLP |
| 75 | Siegfried USA, Inc. | 25-50204 | $527,100.00 | Saul Ewing LLP |
| 76 | SST Corporation | 25-50352 | $582,071.97 | Saul Ewing LLP |
| 77 | Standard & Poors Ratings Services LLC | 25-50203 | $83,000.00 | Saul Ewing LLP |
| 78 | Sterigenics U.S. LLC, Nelson Laboratories Boseman LLC, and Nelson Labs Fairfield, Inc. Sotera Health Companies | 25-50332 | $363,243.63 | Saul Ewing LLP |
| 79 | Steris Isomedix Services, Inc. and Steris Corp. | 25-50329 | $88,455.69 | Saul Ewing LLP |
| 80 | Stira Pharmaceuticals, LLC | 25-50207 | $200,000.00 | Saul Ewing LLP |
| 81 | Syneos Health Consulting | 25-50269 | $498,273.81 | Saul Ewing LLP |
| 82 | Tate & Lyle Solutions | 25-50335 | $97,971.16 | Ciardi, Ciardi & Astin |
| 83 | The Training Center Group LLC | 25-50213 | $78,390.00 | Saul Ewing LLP |
| 84 | Tucker Company Worldwide, Inc. | 25-50214 | $291,195.02 | Saul Ewing LLP |
| 85 | United Parcel Service | 25-50230 | $471,399.72 | Saul Ewing LLP |
| 86 | United States Pharmacopeial Convention, Inc. | 25-50212 | $257,089.34 | Saul Ewing LLP |
| 87 | UPS Supply Chain Solutions Inc. | 25-50233 | $284,146.78 | Saul Ewing LLP |
| 88 | Veeva Systems, Inc. | 25-50220 | $596,364.00 | Saul Ewing LLP |
| 89 | Veolia es Technical Solutions | 25-50222 | $601,598.83 | Saul Ewing LLP |
| 90 | Veronica Development Associates LLC | 25-50238 | $246,993.16 | Saul Ewing LLP |
| 91 | Vizient Supply LLC | 25-50240 | $605,852.31 | Saul Ewing LLP |
| 92 | VWR International | 25-50217 | $193,840.72 | Saul Ewing LLP |
| 93 | Walgreen Co. and Walgreens Boots Alliance, Inc. | 25-50387 | $519,661.79 | Saul Ewing LLP |
| 94 | West Pharma Services | 25-50241 | $744,960.79 | Saul Ewing LLP |
| 95 | Westrock | 25-50351 | $76,765.26 | Saul Ewing LLP |
| 96 | Willis Towers Watson US LLC | 25-50191 | $100,000.00 | Ciardi, Ciardi & Astin |
| 97 | Willkie Farr and Gallagher LLP | 25-50181 | $5,626,618.60 | Ciardi, Ciardi & Astin |
| 98 | WM Corporate Services, Inc. | 25-50189 | $130,063.41 | Ciardi, Ciardi & Astin |
| 99 | Woodstock Sterile Sol. | 25-50243 | $372,010.79 | Saul Ewing LLP |