# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>VEOLIA ES TECHNICAL SOLUTIONS,<br><br>Defendant. | Adv. Proc. No. 25-50222 (KBO)<br><br><br>**Re: Adv. D.I. 1, 6** |

## STIPULATION TO EXTEND TIME

Pursuant to Rule 7012-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, counsel for George L. Miller, solely as Chapter 7 Trustee of Akorn Holding Company LLC, et al. (the "Plaintiff"), and counsel for the above-captioned defendant (the "Defendant"), hereby stipulate as follows:

1. Plaintiff filed its complaint against Defendant on February 12, 2025 [Adv. D.I. 1] (the "Complaint").

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

-2-

2. On June 11, 2025, the Court entered the *Order Establishing Streamlined Procedures Governing Adversary Proceedings with Total Amount in Controversy Greater Than $75,000.00 Brought by Plaintiff Pursuant to Sections 502, 547, 548, and 550 of the Bankruptcy Code* [Adv. D.I. 5] (the "Procedures Order").

3. Pursuant to the Procedures Order ¶ 47, Plaintiff and Defendant hereby stipulate that Defendant's deadline to respond to the complaint is extended to August 1, 2025.

Dated: July 25, 2025

| **SAUL EWING LLP** | **SEYFARTH SHAW LLP** |
|---|---|
| /s/ *Evan T. Miller* | /s/ *M. Ryan Pinkston* |
| Evan T. Miller (DE Bar No. 5364) | M. Ryan Pinkston |
| Paige N. Topper (DE Bar No. 6470) | 560 Mission Street |
| 1201 N. Market Street, Suite 2300 | Suite 3100 |
| Wilmington, DE 19801 | San Francisco, California 94105-2930 |
| Telephone: (302) 421-6800 | Telephone (415) 544-1013 |
| evan.miller@saul.com | Facsimile (312) 460-7578 |
| paige.topper@saul.com | RPinkston@seyfarth.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |